**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 APR 11 P 12: 45

CLERK'S OFFICE
AT FRANKLIN W. DRAPER
ASSISTANT FEDERAL PUBLIC DEFENDER
BY_____DEPUTY

JAMES WYDA
FEDERAL PUBLIC DEFENDER

**Hand-delivery via Inter-office Mail**


April 11, 2008


**Crack Reduction**        **Motion for Appointment of Counsel**
                           **Motion for Reduction of Sentence**


The Honorable J. Frederick Motz
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201


        Re:   United States v. Jose M. Slaughter
              No. JFM-02-570


Dear Judge Motz:

        Please accept and docket this letter as a Motion for Appointment of Counsel and Motion for Reduction of Sentence. I have conducted a preliminary review of this case pursuant to the Court's Order of March 21, 2008, and believe the motion is meritorious. The United States Probation Office has reviewed Mr. Slaughter's case and determined that he is eligible to seek a reduced sentence under 18 U.S.C. §3582. According to the amended calculations submitted by U.S. Probation, the Court could reduce Mr. Slaughter's sentence from 108 months to 84 months. Mr. Slaughter's estimated release date is September 19, 2011. A twenty-four-month reduction would move his release date up about twenty months (to around January 19, 2010).[1] More significantly from Mr. Slaughter's perspective, a reduction would move him up on the eligibility list for the Residential Drug Abuse Treatment Program (RDAP).

        Mr. Slaughter is a worthy candidate for a reduction in his sentence. He has a good institutional record and a good work performance rating.[2] Exhibit A. Unfortunately in 2006, doctors diagnosed a cyst on Mr. Slaughter's chest as intraductal carcinoma of the left breast. A modified

---

        [1] The estimated release date would not move up the full amount of the sentence reduction because of the way in which BOP calculates good time credits.

        [2] In 2006, Mr. Slaughter was medically precluded from working.

The Honorable J. Frederick Motz
April 11, 2008
Page 2

radical mastectomy was performed and Mr. Slaughter was placed in the Federal Medical Center in Butner, North Carolina. Mr. Slaughter has been placed on hormone therapy that removes hormones or blocks their action and stops cancer cells from growing. This hormone therapy is to last several years. Exhibit B. Despite his battle with cancer, Mr. Slaughter has participated in self-improvement programs, including the Real Estate investing for the Novice Course and the Keys to Business Success Course. Exhibit C.

My Office previously represented Mr. Slaughter. There does not appear to be any conflict that would prohibit us from representing him at this time and he has requested assistance in this matter. I therefore request that the Court enter an order appointing my Office.

I also request that the Court order the U.S. Attorney to respond to this motion. A proposed order is attached.

I would be happy to provide the Court with whatever additional information it may need in this case.

Very truly yours,

Franklin W. Draper
Assistant Federal Public Defender

cc:    Barbara Sale, AUSA
       Estelle Santana, USPO
       Court file
       Jose Slaughter

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

      v.                 *     Criminal No. JFM-02-570

JOSE M. SLAUGHTER           *

\*   \*   \*   \*   \*   \*

## ORDER

Upon review of the letter filed by the Office of the Federal Public Defender after reviewing the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this ___ day of _____, 2008, ordered by the United States District Court for the District of Maryland that:

1)     The letter shall be docketed as a Motion for Appointment of Counsel;

2)     The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706;

3)     The letter also shall be docketed as a Motion for Reduction of Sentence under 18 U.S.C. § 3582; and

4)     The U.S. Attorney shall respond to the motion for reduction of sentence within thirty days of entry of this order.

_____
J. Frederick Motz
United States District Judge

```
BECEQ            *  /        PROGRAM REVIEW REPORT           *        05-22-2005
PAGE 001                                                             08:37:02
```

INSTITUTION: BEC  BECKLEY FCI

NAME.......: SLAUGHTER, JOSE M                    REG. NO: 40621-037
RESIDENCE..: BALTIMORE, MD 21207

TYPE OF REVIEW......: INITIAL CLASSIFICATION (PROGRAM REVIEW)
NEXT REVIEW DATE....: 11/25/05

PROJ. RELEASE DATE..: 09-19-2011        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 11/05       DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N): N/a

PENDING CHARGES.....: Maryland

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: Drugs
    IF YES - CIRCLE ONE (DRUG TRAFFICKING) CURRENT VIOLENCE/PAST VIOLENCE

```
CATEGORY   - - - - - -      CURRENT ASSIGNMENT - - - - - - -    EFF DATE    TIME

CMA        PROG RPT     NEXT PROGRESS REPORT DUE DATE        05-21-2007   1420
CMA        RPP NEEDS    RELEASE PREP PGM NEEDS               05-21-2004   1420
CMA        V94 CDA913   V94 CURR DRG TRAF ON/AFT 91394       05-21-2004   1420
CUS        IN           IN CUSTODY                           03-01-2004   1017
DRG        DRG I NONE   NO DRUG INTERVIEW REQUIRED           05-21-2004   1420
EDI        ESL HAS      ENGLISH PROFICIENT                   06-02-2004   1238
EDI        GED HAS      COMPLETED GED OR HS DIPLOMA          05-21-2004   0843
FRP        PART         FINANC RESP-PARTICIPATES             06-15-2004   0852
LEV        MEDIUM       SECURITY CLASSIFICATION MEDIUM       04-28-2004   1053
MDS        REG DUTY     NO MEDICAL RESTR--REGULAR DUTY       05-26-2004   0830
MDS        YES F/S      CLEARED FOR FOOD SERVICE             05-26-2004   0830
QTR        O05-102U     HOUSE O/RANGE 05/BED 102U            08-05-2004   1452
RLG        PROTESTANT   PROTESTANT                           05-21-2004   1420
WRK        DINING AM    DINING ROOM AM                       07-28-2004   0001
```

WORK PERFORMANCE RATING: good

Sanitation - good

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: Clear conduct

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $ 397.72

FRP PAYMENT PLAN 6 MO: $ 25.00   PAYMENTS COMMENSURATE: YES ____ / NO ____

IF NO, NEW PAYMENT PLAN: _____

Assets -100 Bal- 25.

RELEASE PREPARATION PARTICIPATION: Will begin this program 30 Months
prior to release date.

BECEQ              *        PROGRAM REVIEW REPORT              *        05-22-2005
PAGE 002                                                               08:37:02

CCC RECOMMENDATION: _To be reviewed at 11-13 Months prior to release_

PROGRESS MADE SINCE LAST REVIEW: _Last Tm Rec -_ _6M clen condct, cmplt FRP by 06/05, 1 ALE Class + get on VT program W/L. Progress - clean conduct, made all scheduled payments, NO ALE Class, NO VT program W/L_

GOALS FOR NEXT PROGRAM REVIEW MEETING: _11/05_
1. _6 months clean condct_
2. _FRP - last payment is due to complete._
3. _Educate - 1 ALE Class + get on VT program W/L._

LONG TERM GOALS: _Complete Vocational training program prior to release to obtain a job skill._

OTHER INMATE REQUESTS/TEAM ACTIONS: _Save release funds_

```
  BECEQ              *         PROGRAM REVIEW REPORT          *      05-22-2005
PAGE 003 OF 003                                                     08:37:02
```

SIGNATURES:

UNIT MANAGER: _____    INMATE: _~Jesus Slaughter~_____

      DATE: _5/25/05_____    DATE: _5/25/05_____

```
   BECEQ           *        PROGRAM REVIEW REPORT        *        11-16-2005
PAGE 001                                                          12:50:54
```

INSTITUTION: BEC  BECKLEY FCI

NAME.......: SLAUGHTER, JOSE M                    REG. NO: 40621-037
RESIDENCE..: BALTIMORE, MD 21207

TYPE OF REVIEW......: INITIAL CLASSIFICATION/(PROGRAM REVIEW)
NEXT REVIEW DATE....: _5/22/06_____

PROJ. RELEASE DATE..: 09-19-2011          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: _11/06_____   DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N): _N/A_____

PENDING CHARGES.....: _Baltimore, Maryland_____

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: _Drugs_
     IF YES - CIRCLE ONE (DRUG TRAFFICKING) CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - | CURRENT ASSIGNMENT - - - - - - - | EFF DATE | TIME |
|----------|-----------|----------------------------------|----------|------|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 05-21-2007 | 1420 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 05-21-2004 | 1420 |
| CMA | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 05-21-2004 | 1420 |
| CUS | IN | IN CUSTODY | 03-01-2004 | 1017 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 05-21-2004 | 1420 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 06-02-2004 | 1238 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-21-2004 | 0843 |
| FRP | COMPLT ✓ | FINANC RESP-COMPLETED | 10-31-2005 | 1300 |
| LEV | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 04-28-2004 | 1053 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-26-2004 | 0830 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 05-26-2004 | 0830 |
| QTR | O05-102U | HOUSE O/RANGE 05/BED 102U | 08-05-2004 | 1452 |
| RLG | PROTESTANT | PROTESTANT | 05-21-2004 | 1420 |
| WRK | DINING AM | DINING ROOM AM | 09-12-2005 | 0001 |

WORK PERFORMANCE RATING: _Satisfactory_____

_Sanitation - good_____

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _Clear conduct_____

_____

_____

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $_____

FRP PAYMENTS PAST 6 MO:  $_____    OBLG BALANCE: $_"Completed"_

CURRENT FRP PLAN: $_____    PAYMENTS COMMENSURATE: YES ____ / NO ____

IF NO, NEW PAYMENT PLAN: _____

_____

_____

BECEQ                    *        PROGRAM REVIEW REPORT              *        11-16-2005
PAGE 002                                                                      12:50:54

RELEASE PREPARATION PARTICIPATION: _Will begin this program 30 months_
_prior to release._

CCC RECOMMENDATION: _To be reviewed at 11-13 months prior to release._

PROGRESS MADE SINCE LAST REVIEW: _Last Ti Rev-_ _6M clear conduct, Compl FEP, 1 ALE Class &_
_get on VT program w/L. Progress - clear conduct, Completed FEP, NO_
_ALE, NO VT program w/L._

GOALS FOR NEXT PROGRAM REVIEW MEETING: _5/06_
_1. 6 months clear conduct_
_2. Education - Complete ALE Class of Choice, get on VT program_
_waiting list._

LONG TERM GOALS: _Complete Vocational training program prior to release to obtain a_
_Job Skill._

OTHER INMATE REQUESTS/TEAM ACTIONS: _Save release funds_

```
   BECEQ              *         PROGRAM REVIEW REPORT          *      11-16-2005
 PAGE 003 OF 003                                                     12:50:54
```

SIGNATURES:

UNIT MANAGER: _____     INMATE: _X_ Joss Slaughter _____

        DATE: 11/22/05 _____             DATE: 11/22/05 _____

```
 BECEQ            *        PROGRAM REVIEW REPORT        *      05-04-2006
 PAGE 001                                                      10:55:14
```

INSTITUTION: BEC  BECKLEY FCI

NAME........: SLAUGHTER, JOSE M                      REG. NO: 40621-037
RESIDENCE..: BALTIMORE, MD 21207

TYPE OF REVIEW......: INITIAL CLASSIFICATION/(PROGRAM REVIEW)
NEXT REVIEW DATE....: *11/9/06*

PROJ. RELEASE DATE..: 09-19-2011          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: *11/06*         DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N           IF YES, RECONCILED (Y/N): *N/A*

PENDING CHARGES.....: *Baltimore, Maryland*

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y)/N)....: *Drugs*
    IF YES - CIRCLE ONE  (DRUG TRAFFICKING)/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - - | CURRENT ASSIGNMENT - - - - - - - | EFF DATE | TIME |
|----------|-------------|----------------------------------|----------|------|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 05-21-2007 | 1420 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 05-21-2004 | 1420 |
| CMA | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 05-21-2004 | 1420 |
| CUS | IN | IN CUSTODY | 03-01-2004 | 1017 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 05-21-2004 | 1420 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 06-02-2004 | 1238 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-21-2004 | 0843 |
| FRP | COMPLT✓ | FINANC RESP-COMPLETED | 10-31-2005 | 1300 |
| LEV | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 04-28-2004 | 1053 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-26-2004 | 0830 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 05-26-2004 | 0830 |
| QTR | 005-102U | HOUSE O/RANGE 05/BED 102U | 03-15-2006 | 1128 |
| RLG | PROTESTANT | PROTESTANT | 05-21-2004 | 1420 |
| WRK | DINING AM | DINING ROOM AM | 03-15-2006 | 1128 |

WORK PERFORMANCE RATING: *Satisfactory*

*Sanitation - good*

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: *Clear conduct*

FRP PLAN/PROGRESS:  TRUST FUND DEPOSITS PAST 6 MO: $_____

FRP PAYMENTS PAST 6 MO:  $_____    OBLG BALANCE: $ *"Completed"*

CURRENT FRP PLAN: $_____   PAYMENTS COMMENSURATE: YES ____ / NO ____

IF NO, NEW PAYMENT PLAN: _____ _____

```
BECEQ              *        PROGRAM REVIEW REPORT           *      05-04-2006
PAGE 002                                                          10:55:14
```

RELEASE PREPARATION PARTICIPATION: _____

_____

_____

CCC RECOMMENDATION: *To be reviewed at 11-13 months prior to release*

PROGRESS MADE SINCE LAST REVIEW: *Last Pm Rev - 6M clear conduct, ACE class, get on VT program W/L.*
*Progress - Clear conduct, NO ACE, NO VT program W/L.*

GOALS FOR NEXT PROGRAM REVIEW MEETING: *11/06*

*1. 6 months clear conduct*

*2. Education - Complete 1 ACE class, get on VT program waiting list*

_____

_____

_____

LONG TERM GOALS: *Complete Vocational training program prior to release to obtain a job skill.*

_____

_____

_____

OTHER INMATE REQUESTS/TEAM ACTIONS: *Save release funds*

_____

_____

_____

_____

BECEQ            *        PROGRAM REVIEW REPORT          *        05-04-2006
PAGE 003 OF 003                                                  10:55:14

SIGNATURES:

UNIT MANAGER _____    INMATE: _____

        DATE: 5/9/06 _____          DATE: 5/9/06 _____

```
BUHBK           *        PROGRAM REVIEW REPORT           *        07-20-2006
PAGE 001                                                          09:46:34
```

INSTITUTION: BUH   BUTNER FMC

NAME.......: SLAUGHTER, JOSE M                  REG. NO: 40621-037
RESIDENCE..: BALTIMORE, MD 21207

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW *ref from BCC*
NEXT REVIEW DATE....: _____7/07_____

PROJ. RELEASE DATE..: 09-19-2011              RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                    HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: _7/07_           DETAINERS (Y/N): N

CIM STATUS (Y/N)....: (N) *Key*    IF YES, RECONCILED (Y/N): _N/A_

PENDING CHARGES.....: ~~Attol Actment~~ *Prob. Viol. Baltimore, MD*

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)....: Y
     IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - | - CURRENT ASSIGNMENT - - - - - - - | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 06-28-2009 | 0917 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 05-21-2004 | 1420 |
| CMA | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 05-21-2004 | 1420 |
| CUS | IN | IN CUSTODY | 03-01-2004 | 1017 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 05-21-2004 | 1420 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 06-02-2004 | 1238 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-21-2004 | 0843 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 10-31-2005 | 1300 |
| LEV | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 04-28-2004 | 1053 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-26-2004 | 0830 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 05-26-2004 | 0830 |
| QTR | A04-123U | HOUSE A/RANGE 04/BED 123U | 06-30-2006 | 1211 |
| RLG | PROTESTANT | PROTESTANT | 05-21-2004 | 1420 |
| WRK | UNASSIGNED | NO WORK ASSIGNMENT | 07-13-2006 | 0730 |

WORK PERFORMANCE RATING: *No Medical restrictions*
*No Work assignment*

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: *Clear conduct*

_____

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $_____

FRP PAYMENTS PAST 6 MO: $_____    OBLG BALANCE: $_____

CURRENT FRP PLAN: $_____    PAYMENTS COMMENSURATE: YES ____ / NO ____

IF NO, NEW PAYMENT PLAN: _____

*Complete*

BUHBK              *        PROGRAM REVIEW REPORT        *        07-20-2006
PAGE 002                                                         09:46:34

RELEASE PREPARATION PARTICIPATION: RPP Needs until 30 months from release

[✓] 407/408 reviewed

DNA Sample - Needs

CCC RECOMMENDATION: Will review when 11-13 months from release.
Ineligible w/ pending charges. -

PROGRESS MADE SINCE LAST REVIEW: 1st @ FMC

GOALS FOR NEXT PROGRAM REVIEW MEETING:
1- Currently working on an appeal
Just had surgery on arm/chest.

Recreational Therapy -

LONG TERM GOALS:
1. Release Preparation Programs NLT 3/2011
2. Resolve Pending Charge by 01/2009

OTHER INMATE REQUESTS/TEAM ACTIONS: None.

SD - MD
JTC - N/A

```
   BUHBK           *        PROGRAM REVIEW REPORT              *        07-20-2006
PAGE 003 OF 003                                                        09:46:34
```

SIGNATURES:

UNIT MANAGER: _____          INMATE: _Jose Slaughter_____

        DATE: ___7/27/2006_____          DATE: __7/27/06_____

```
BUHC3          *        PROGRAM REVIEW REPORT        *        01-18-2007
PAGE 001                                                      12:47:50

INSTITUTION: BUH  BUTNER FMC

NAME.......: SLAUGHTER, JOSE M                REG. NO: 40621-037
RESIDENCE..: BALTIMORE, MD 21207

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....:  7-16-07

PROJ. RELEASE DATE..: 09-19-2011        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW:  7/07      DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N):  N/A

PENDING CHARGES.....:  None on FF   Prob Viol  Baltimore, MD

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)....: Y
   IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
```

| CATEGORY | - - - - - - | CURRENT ASSIGNMENT - - - - - - - | EFF DATE | TIME |
|----------|-------------|----------------------------------|----------|------|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 06-28-2009 | 0917 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 05-21-2004 | 1420 |
| CMA | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 05-21-2004 | 1420 |
| CMA | V94 PV | V94 PAST VIOLENCE | 07-26-2006 | 1723 |
| CUS | IN | IN CUSTODY | 03-01-2004 | 1017 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 05-21-2004 | 1420 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 06-02-2004 | 1238 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-21-2004 | 0843 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 10-31-2005 | 1300 |
| LEV | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 04-28-2004 | 1053 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-26-2004 | 0830 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 05-26-2004 | 0830 |
| QTR | A04-123U | HOUSE A/RANGE 04/BED 123U | 08-11-2006 | 1535 |
| RLG | PROTESTANT | PROTESTANT | 05-21-2004 | 1420 |
| WRK | UNASSIGNED | NO WORK ASSIGNMENT | 07-13-2006 | 0730 |

```
WORK PERFORMANCE RATING:  Regular Duty - No work assignment


INCIDENT REPORTS SINCE LAST PROGRAM REVIEW:  None


FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $ Complete

FRP PAYMENTS PAST 6 MO:  $_____     OBLG BALANCE: $_____

CURRENT FRP PLAN: $_____     PAYMENTS COMMENSURATE: YES _____ / NO _____
```

BUHC3            *        PROGRAM REVIEW REPORT          *        01-18-2007
PAGE 002                                                          12:47:50

IF NO, NEW PAYMENT PLAN: _____

_____

_____

RELEASE PREPARATION PARTICIPATION: _Needs, enroll  at 30 months from_

_____PRD_____

_____

_____

CCC RECOMMENDATION: _Review  11 to 13  months from PRD_____

_____

PROGRESS MADE SINCE LAST REVIEW: _Rec Therapy - part_____

_____

GOALS FOR NEXT PROGRAM REVIEW MEETING: _____

_Continue  with Rec Therapy_____

_____

_____

_____

_____

LONG TERM GOALS: _3/2009_____

_Enroll in RPP  3/2009_____

_Complete RPP  by 3/2011_____

_____

_____

_____

```
   BUHC3          *        PROGRAM REVIEW REPORT          *      01-18-2007
PAGE 003 OF 003                                                 12:47:50
```

OTHER INMATE REQUESTS/TEAM ACTIONS: _____

_Inmate states there is no probation violation_

_____

_____

_____

_____

_____

SIGNATURES:

CHAIRPERSON: _____    INMATE: Ⓧ _Jose Slaughter_

      DATE: __1-25-2007__              DATE: __1/23/07__

```
BUHC3            *        PROGRAM REVIEW REPORT          *        07-19-2007
PAGE 001                                                          10:30:25

INSTITUTION: BUH  BUTNER FMC
NAME.......: SLAUGHTER, JOSE M                     REG. NO: 40621-037
RESIDENCE..: BALTIMORE, MD 21207
TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....:           1·20·08
PROJ. RELEASE DATE..: 09-19-2011          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE
DATE OF NEXT CUSTODY REVIEW:   7/07       DETAINERS (Y/N): N
CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N):  N/A
PENDING CHARGES.....:  Prob Violate - Balt MD
OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)...: Y
   IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
CATEGORY  - - - - - - - CURRENT ASSIGNMENT - - - - - - -  EFF DATE    TIME

CMA        PROG RPT      NEXT PROGRESS REPORT DUE DATE    06-28-2009  0917
CMA        RPP NEEDS     RELEASE PREP PGM NEEDS           05-21-2004  1420
CMA        V94 CDA913    V94 CURR DRG TRAF ON/AFT 91394   05-21-2004  1420
CMA        V94 PV        V94 PAST VIOLENCE                07-26-2006  1723
CUS        IN            IN CUSTODY                       03-01-2004  1017
DRG        DRG I NONE    NO DRUG INTERVIEW REQUIRED       05-21-2004  1420
EDI        ESL HAS       ENGLISH PROFICIENT               06-02-2004  1238
EDI        GED HAS       COMPLETED GED OR HS DIPLOMA      05-21-2004  0843
FRP        COMPLT        FINANC RESP-COMPLETED            10-31-2005  1300
LEV        MEDIUM        SECURITY CLASSIFICATION MEDIUM   04-28-2004  1053
MDS        REG DUTY      NO MEDICAL RESTR--REGULAR DUTY   05-26-2004  0830
MDS        SOFT SHOES    SOFT SHOES ONLY                  07-10-2006  1126
MDS        YES F/S       CLEARED FOR FOOD SERVICE         05-26-2004  0830
QTR        A04-123U      HOUSE A/RANGE 04/BED 123U        02-07-2007  1422
RLG        PROTESTANT    PROTESTANT                       05-21-2004  1420
WRK        UNASSIGNED    NO WORK ASSIGNMENT               02-07-2007  1422

WORK PERFORMANCE RATING:   No work assignment


INCIDENT REPORTS SINCE LAST PROGRAM REVIEW:   None



FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $  695.ᵂ

FRP PAYMENTS PAST 6 MO:  $_____    OBLG BALANCE: $ Complete

CURRENT FRP PLAN: $_____    PAYMENTS COMMENSURATE: YES ____ / NO ____


IF NO, NEW PAYMENT PLAN: _____
```

```
BUHC3           *        PROGRAM REVIEW REPORT        *        07-19-2007
PAGE 002                                                        10:30:25
```

RELEASE PREPARATION PARTICIPATION: _ENROLL IN THE RELEASE PREP PROGRAM WHEN____

_WITHIN 30 MONTHS OF YOUR PROJECTED RELEASE DATE._____

CCC RECOMMENDATION: __REVIEW FOR REFERRAL AT 11 TO 13 MONTHS FROM PROJECTED ___

_RELEASE DATE_____

PROGRESS MADE SINCE LAST REVIEW: Rec Therapy -part

GOALS FOR NEXT PROGRAM REVIEW MEETING: _____

Participate in Rec Therapy

LONG TERM GOALS: _____

Complete RPP by 4/2011

SAVE FOR RELEASE PLANS: _____

OTHER INMATE REQUESTS/TEAM ACTIONS: _____

_407 & 408 REVIEWED _____

SIGNATURES:

CHAIRPERSON: ___MD___        INMATE: X Jose McCreight

    DATE: ___7/20/07___        DATE: ___7-20-07___

```
BTF3M           *        PROGRAM REVIEW REPORT         *      03-10-2008
PAGE 001                                                      10:02:33
```

INSTITUTION: BTF  BUTNER MED II FCI

NAME.......: SLAUGHTER, JOSE M                  REG. NO: 40621-037
RESIDENCE..: BALTIMORE, MD 21207

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....: Sept. (09-16-08)

PROJ. RELEASE DATE..: 09-19-2011          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: July 2008    DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N         IF YES, RECONCILED (Y/N): N/A

PENDING CHARGES.....: Baltimore, MD - Probation Violation

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)  CO|PV
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - - | CURRENT ASSIGNMENT - - - - - - - - | EFF DATE | TIME |
|----------|-------------|------------------------------------|----------|------|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 06-28-2009 | 0917 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 05-21-2004 | 1420 |
| CMA | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 05-21-2004 | 1420 |
| CMA | V94 PV | V94 PAST VIOLENCE | 07-26-2006 | 1723 |
| CUS | IN | IN CUSTODY | 03-01-2004 | 1017 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 05-21-2004 | 1420 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 06-02-2004 | 1238 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-21-2004 | 0843 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 10-31-2005 | 1300 |
| LEV | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 04-28-2004 | 1053 |
| MDS | LOWER BUNK | LOWER BUNK REQUIRED | 02-28-2008 | 1442 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-26-2004 | 0830 |
| MDS | SOFT SHOES | SOFT SHOES ONLY | 07-10-2006 | 1126 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 05-26-2004 | 0830 |
| QTR | S02-004L | HOUSE S/RANGE 02/BED 004L | 03-10-2008 | 0916 |
| RLG | PROTESTANT | PROTESTANT | 05-21-2004 | 1420 |
| WRK | UNASSIGNED | NO WORK ASSIGNMENT | 03-10-2008 | 0916 |

WORK PERFORMANCE RATING: Unassigned: - Possibly Med. Unassign.
                         Sanitation: Good

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _____
· Clear Conduct. _____

FRP PLAN/PROGRESS:  TRUST FUND DEPOSITS PAST 6 MO: $_____ Bal 8 _____

FRP PAYMENTS PAST 6 MO: $ Complete   OBLG BALANCE: $_____

CURRENT FRP PLAN: $_____  PAYMENTS COMMENSURATE: YES ____ / NO ____

BTF3M          *          PROGRAM REVIEW REPORT          *     03-10-2008
PAGE 002                                                       10:02:33

IF NO, NEW PAYMENT PLAN: _____

_____

_____

RELEASE PREPARATION PARTICIPATION: _____

RPP Needs

_____

_____

CCC RECOMMENDATION: Defer until release date is within 11-13
months.

PROGRESS MADE SINCE LAST REVIEW: _____

· Rec Therapy (did)

· Save (did not do)

GOALS FOR NEXT PROGRAM REVIEW MEETING: _____

· Maintain clear conduct and high sanitation standards.

· Enroll in a College Class of choice.

_____

_____

_____

_____

LONG TERM GOALS: _____

· Enroll in the RPP program by 03-2009

_____

_____

_____

_____

BTF3M          *          PROGRAM REVIEW REPORT          *       03-10-2008
PAGE 003 OF 003                                                  10:02:33

OTHER INMATE REQUESTS/TEAM ACTIONS: _____

407/408 reviewed _____

_____

_____

_____

_____

_____

_____


SIGNATURES:

CHAIRPERSON: _B. Stukh_          INMATE: _Jose Slaughter_

        DATE: _3-25-08_            DATE: _3-25-08_

**Federal Medical Center**
**Butner, North Carolina**

Discharge / Transfer Summary

**DATE OF ADMISSION:** 6/30/06          **DATE OF DISCHARGE:** 2/6/08

**PROVISIONAL DIAGNOSIS:** Left breast carcinoma  s/p ⓁModified mastectomy

**PRINCIPAL DIAGNOSES:** Same          c̄ axillary node dissection 6/21/06

**ADDITIONAL DIAGNOSES:**
1. hx Ⓡ ACL tear
2. hx Ⓡ medial & lateral meniscal tear
3. _____
4. _____
5. _____

**OPERATIVE PROCEDURES:**
1. port placement  8/11/06
2. port removal  6/26/07

**OTHER PROCEDURES:**
1. Ⓡ ACL reconstruction  11/5/07
2. 1/24/08  screw removal - R knee
3. _____

**HISTORY OF PRESENT ILLNESS:** 33 yo male who noticed Ⓛ breast mass
in September, 2004. He was told that it was a cyst. A 12/06
CXR revealed symptoms of gynecomastia. US → 1.9cm mass in Ⓛ breast.
Mammogram (2/14/06) → 2.0 ×1.5cm lobulated mass. Mass was resected 6/9/06
& path showed infiltrating ductal carcinoma c̄ pos. margin. Underwent modified
mastectomy 6/21/06 c̄ 1/9 Ⓝ nodes

**SIGNIFICANT LABORATORY:** mass estrogen positive, HER neg
_____
_____

**Addressograph:**
Slaughter Jose
40c21-037
FMC Butner

**Name:**
**Number:**
**FMC Butner**

HOSPITAL COURSE: Four cycles of Cytoxan & Adriamycin received prior to XRT (11/10/06 - 12/15/06). He tolerated therapy well c min side effect but does have ® cervical plexopathy from surgery. Remains on hormonal tx x 2yrs. S/p ACL repair

CONDITION AT DISCHARGE: good

PATIENT INSTRUCTIONS:

Diet: rg        Activity: rg        Duty Status: rg

Medications: See med reconciled

Transfer Plan: Continue hormonal manner ya Zymtotol Flu meds D/11/06

Care Level:      Level 1 - essentially healthy, no serious medical conditions
(Circle one)     Level 2 - non-complex acute and chronic ambulatory conditions
                 Level 3 - complex ambulatory conditions
                 Level 4 - requires subacute/long term inpatient care, medically complex outpatient

DGN Assignments (Acuity Level) (N/A for Cadre) (Circle only one):
          MS ACUTE:      Med/Surg Acute Inpatient
          MS SUB:        Med/Surg Sub Acute Inpatient
          MS LT:         Med/Surg Long Term Inpatient
          MS INTER:      Med/Surg Intermed Outpatient
          MS CHRONIC:    Med/Surg Chronic Outpatient

SPECIAL NEEDS: _____

Signature / Stamp _____        Date 2/6/08

Addressograph:                          Name:
                                        Number:
                                        FMC Butner

APPALACHIAN REGIONAL HEALTHCARE, INC.
Beckley-ARH Hospital
306 Stanaford Road
Beckley, WV 25801

## Consultation

| Patient: | SLAUGHTER, JOSE | Patient #: | 292861 |
|---|---|---|---|
| Requesting Physician: | Dhirendranath Patnaik, MD | | |
| Consulting Physician: | Surayia Hasan, MD | | |
| Service: | Medicine | Location: | 214-1 |
| Request Date: | 06/20/06 | Consult Date: | 06/20/06 |
| Reason for Consult: | | Transcription Date: | 6/21/2006 |
| Dictation Date: | 6/20/2006 7:30 PM | Transcription Time: | 6:31:41 AM |

HISTORY OF PRESENT ILLNESS
This young, African-America male, who is a long term resident of Federal Correctional Institute, has been admitted to Dr. Patnaik's service because of carcinoma of the left breast. The patient started developing a knot and swelling in the left breast. He was referred to Dr. Patnaik, who did a biopsy and found intraductal carcinoma. He was admitted for further workup in the form of bone scan, CT scan and then followed by surgery. The patient states that he is otherwise healthy. He has some problems with his ankle at one time for which he needed some corrective surgery. He has no hypertension. No breathing problems.

PAST MEDICAL HISTORY
No serious illness.

FAMILY HISTORY
Negative for cancer of the breast.

SOCIAL HISTORY
No history of smoking or drinking. He does not abuse drugs.

CURRENT MEDICATIONS
None.

REVIEW OF SYSTEMS
CONSTITUTIONAL: Weight is maintained.
EYES: No discharge.
HENT: No sinus drainage.
RESPIRATORY: Not short of breath.
CVS: No chest pain or palpitations.
ABDOMEN: No abdominal pain, nausea or vomiting.
CNS: No history of CVA or seizures.
MS: No history of arthritis.
INTEGUMENTARY: No bruising, varicosities or ulcers.
PSYCHE: Alert. Judgment and memory is normal.

Consultation
Patient name: SLAUGHTER, JOSE                                   Patient ID:292861

PHYSICAL EXAM
GENERAL: This is a young male, looks well. No edema. JVP not elevated.
VITALS: Stable.
EYES: No discharge. Pupils are reactive. The patient is not jaundice.
HENT: External ear normal. Ear canal is clean. No tenderness over the maxillary sinuses.
Throat is not congested.
LYMPHATICS: No enlargement in neck, axillary or groin.
NECK: No masses. Thyroid not enlarged.
RESPIRATORY: Not short of breath. Not cyanotic. Breath sounds are vesicular with no
inspiratory or expiratory wheeze.
CVS: Apex beat in fifth interspace mid clavicular line. Heart sounds are regular and normal.
No murmur is audible.
ABDOMEN: Soft. No mass. Liver and spleen not enlarged. Bowel sounds are normal.
CNS: The patient is alert, responsive to questions. He can move all the limbs. Reflexes
normal. Plantar downgoing. Superficial and deep sensations are intact.
MS: None of the joints are acutely inflamed.
GU: No tenderness over the bladder or intra costovertebral angles.
BREASTS: The left breast is enlarged. There is a 10 cm knot palpable in the breast, which is
tender to touch. No lymphadenopathy palpable.
PSYCHE: Alert. Judgment and memory is normal.

DIAGNOSTIC STUDIES
Lab data normal so far.

IMPRESSION
Intraductal carcinoma, left breast.

RECOMMENDATIONS
The patient has intraductal carcinoma of the left breast, proven on biopsy. He is having a CT
scan of the chest and abdomen, also a bone scan to rule out metastatic disease. He is a
candidate for surgery. He can have surgery whenever deemed necessary by Dr. Patnaik.

Thank you for asking me to see this patient. I will follow the patient along with you.

Surayia Hasan, MD
SH:mel       job# 819972

CONSULTATION REPORT

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

4A

| **Name:** SLAUGHTER, Jose | **Institution:** FMC Butner |
|---|---|
| **Reg. #:** 40621-037 | **Consultant:** ANDES MD |
| **DOB:** | |

| Reason for Consult/Disease: |||
| ∽ left breast cancer now status post _____ breast cancer ||||
| Date of Visit/Dictation: 01/23/07 (Tuesday) | Dictation Received: 01/23/07 (Tuesday) | Dictation Transcribed: 01/24/07 (Wednesday) |

## CONSULT → MEDICAL ONCOLOGY

**SUBJECTIVE:**
Mr. Slaughter was in doing pretty well. He is still having some pain and tingling in the operative site down the inside and outside of the left arm which is referred pain from his previous mastectomy. He is doing some light push-ups and finished radiation therapy 12/15. The concern for thrombosis in that left antecubital vein is now resolved and the darkening and induration in the right forearm vein have also smoothed out though it remains pretty dark. His right breast is giving him no trouble, nor is anything else. He is exercising and stretching that left arm but is not allowing blood to be taken there, nor blood pressures to be measured there. He's feeling rather well and is unfazed.

He does have hot flashes manifested by up to 20 minutes of heating, spontaneous sweating, diaphoresis in all directions, and he had barely assumed that they were hot flashes. I brought these up in reference to further endocrine hormonal treatment to try to adjuvantly prevent recurrence of his disease.

**OBJECTIVE:**
WT 213, HT 6', T 97.9, BP 135/73, P 77, R 18, 99% saturation. His head is normocephalic. There are no nodes palpable. His oral cavity is normal. Cranial nerves are intact. Deep tendon reflexes are 2+. His right breast is without masses, tenderness or discharge. The left breast is surgically absent and the wound looks fine. The axilla on the left looks fine. There is nothing to be seen in his arms. He is well muscled. His abdomen is soft with no palpable liver/kidney/spleen, mass, or tenderness. His legs are unremarkable. He does not have diaphoresis in the exam room today.

**ASSESSMENT & PLAN:**
I had a goodly discussion with Mr. Slaughter regarding the possible options with Tamoxifen and at least two different aromatase inhibitors. I pointed out while Tamoxifen is associated with increased risk of DVT, it does confer some fracture risk prevention. I told him I did not think the latter was terribly important in a young, strong, big-boned man like he was but I am concerned over the history of his arms manifesting possible thrombi. Further, since I think the aromatase inhibitors have a better track record in preventing disease and perhaps less risk of inducing more hot flashes I told him I anticipated using Arimidex for him in the very near future.

Meanwhile however, it's been since February of last year when he had a mammogram on the right side and I told have laboratory studies for a couple of months. Also, since he's having symptoms in that arm and we have never done one in quite a while, a CAT scan is in order as a one time effort to look at the anatomy of his chest wall, chest and upper abdomen. He understands this and agrees with these plans. I'm going to try to get him a handout regarding the drug and he will see how manifestly complicated, difficult and varied approaches to this disorder can be. I think he will do well however and the only thing I think of a bad prognostic way is his young age. However, we've got treatment for him and I intend to start it as soon as possible.

| Signature: _W. ABE ANDES, M.D._  1/26/07 | DICTATED BUT NOT READ |
|---|---|

WAA/tb                                    Preliminary report until signed.

CONSULTATION REPORT

U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| **Name:**  SLAUGHTER, Jose<br>**Reg. #:**  40621-037<br>**DOB:** | **Institution:**  FMC Butner<br>**Consultant:**  COUGHLIN MD |
|---|---|

| Reason for Consult: | | |
|---|---|---|
| Date of Visit/Dictation: 01/19/07<br>(Friday) | Dictation Received: 01/19/07<br>(Friday) | Dictation Transcribed: 01/21/07<br>(Sunday) |

## CONSULT ⇨ RADIATION ONCOLOGY

This patient completed his chest wall and lymph node draining area radiation for a T1 N1 infiltrating duct cell carcinoma of the left breast on 12-15-06.  He was ER+ by immunohistochemical stain.  He had received four cycles of Cytoxan and Adriamycin prior to irradiation.  He now comes in and he feels well and is maintaining full activity.  He still has some discomfort in the medial portion of the left upper arm that has changed very little.  He has had no swelling of the left arm or hand.  He has full range of motion of the arm and shoulder.  Clinically he has no visible or palpable evidence of disease.  The treatment-related skin reaction has completely subsided.  He has no palpable disease in the contralateral breast and no adenopathy or organomegaly.  Clinically he is doing well.  The question is does he require two years of adjuvant hormonal manipulation.  An arrangement will be made for Dr. Andes to discuss this with him.

| Signature: | | |
|---|---|---|
| | CHRISTOPHER T. COUGHLIN, M.D. | |
| CC/tb | | *Preliminary report until signed.* |

# Bureau of Prisons
# Health Services
# Medication Summary

**Complex:** BUX--BUTNER FCC
**Inmate:** SLAUGHTER, JOSE M          **Reg #:** 40621-037    **Qtr:** A04-132L

## Active Prescriptions

Anastrazole 1 MG TAB
Take one tablet by mouth each day ***oncology pill-line***
**Rx #:** 121234          **Doctor:** Andes, Willard MD
**Start:** 02/11/08          **Exp:** 03/27/08                    15 TAB in 11 days

Morphine Sulfate IR 15 MG Tab UD
Take two tablets by mouth every four hours as needed for chronic, unremitting pain **crush/empty** ***pill line***
**Rx #:** 123388          **Doctor:** Winston, James MD
**Start:** 02/19/08          **Exp:** 03/20/08                    0 TAB in 3 days

Sulfamethoxazole/Trimeth 800mg/160mg ud
Take one tablet by mouth twice daily x 14 days
**Rx #:** 122923          **Doctor:** Russell, Karen PA-C
**Start:** 02/15/08          **Exp:** 02/29/08                    28 tab in 7 days

## Recently Expired Prescriptions

Anastrazole 1 MG TAB
Take one tablet by mouth each day ***oncology pill-line***
**Rx #:** 119533          **Doctor:** Andes, Willard MD
**Start:** 02/05/08          **Exp:** 02/09/08                    4 TAB in 5 days

Anastrazole 1 MG TAB
Take one tablet by mouth each day ONCOLOGY PILL LINE
**Rx #:** 110693          **Doctor:** Andes, Willard MD
**Start:** 11/19/07          **Exp:** 02/05/08                    15 TAB in 79 days

Cephalexin 500 MG Cap
Take one capsule by mouth twice daily
**Rx #:** 116024          **Doctor:** Hall, Reginald MD
**Start:** 01/24/08          **Exp:** 01/29/08                    10 CAP in 6 days

Promethazine Inj 25MG/ML,1ML
Inject 25mg (1ml) Intra-Muscularly or IV every six hours as needed for nausea for 2 days ***pill line***
**Rx #:** 116195          **Doctor:** Hall, Reginald MD
**Start:** 01/24/08          **Exp:** 01/26/08                    0 ML in 3 days

## CONSULTATION REQUEST

| DICAL RECORD | REQUEST | |
|---|---|---|
| TO:<br>Neurology | FROM: (Requesting physician or activity)<br>Bowens | DATE OF REQUEST:<br>10/23/2007 |

REASON FOR REQUEST (Complaints and findings)
Re-evaluation for patient with breast cancer s/p lumpectomy with left lateral chest pain, left arm pain. He is on Arimedex as adjuvant therapy and the oncologist discontinued Lamictal due to possible interactions. Please advise.

| Transportation Method: | Special Needs: | Isolation Status: |
|---|---|---|

PROVISIONAL DIAGNOSIS: left lateral chest wall pain, left arm pain ; breast cancer

| DOCTOR'S SIGNATURE: | APPROVED: | URGENCY OF CARE:<br>Within Two Weeks | CONSULT NUMBER:<br>75812 |
|---|---|---|---|

## CONSULTATION REPORT

Inhouse Consult

CONSULTANT'S FINDINGS/RECOMMENDATIONS:
(Please write brief note below for FCC Butner physician review including recommended follow-up. Do not discuss follow-up date with inmate.)

Faxed to MDI: _____
Appt Date: 12/10/2007
Location: _____

C/o: Lamictal was helpfull for neuphatic
axila. But Oncology D/c med. because potential
interaction with chemo agents.
Some hypersensitivity on ® axila and Thoracic dermatome
→ PW: only weakness is on ® adductature (abduction
of arm (Serratus and infraspinatus).

⇒ Recom: 1. pt. would rather not use meds.
2. Trial of Lidoderm 5% patch one or two
on affected area 16h on 8h off.

Continue on Reverse

| CONSULTANT'S SIGNATURE AND TITLE | | DATE 10 Dec 07 |
|---|---|---|
| PATIENT'S IDENTIFICATION (Name, Register Number, Date of Birth, Institution) | Reviewed by Physician: | Date Reviewed: |

JOSE        SLAUGHTER

40621-037

9 /27/1973

MC

CONSULTATION SHEET
MEDICAL RECORD
STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR_ 101-11.203 (b)(10)

FCC BUTNER

# *Certificate of Acknowledgment*
### *awarded to:*

# *Jose Slaughter*

## *for successfully completing the Keys to Business Success Course.*

February 07, 2008
**Date**

*Faircloth*
**V. Faircloth, Teacher FMC**

# *Certificate of Acknowledgment*
## *awarded to:*

# *Jose Slaughter*

## *for successfully completing the Real Estate Investing for the Novice Course.*

*February 07, 2008*

**Date**

*Faircloth*

*V. Faircloth, Teacher FMC*