IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

v.                                *   Criminal No. JFM-02-570

JOSE M. SLAUGHTER                 *

\* \* \* \* \* \*

**ORDER**

Upon review of the letter filed by the Office of the Federal Public Defender after reviewing the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this 14th day of April, 2008, ordered by the United States District Court for the District of Maryland that:

1) The letter shall be docketed as a Motion for Appointment of Counsel;

2) The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706;

3) The letter also shall be docketed as a Motion for Reduction of Sentence under 18 U.S.C. § 3582; and

4) The U.S. Attorney shall respond to the motion for reduction of sentence within thirty days of entry of this order.

_____
J. Frederick Motz
United States District Judge