FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND 2009 MAY 16 P 3:45
NORTHERN DIVISION

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | BY_____ DEPUTY |
| v. | * | Criminal No.: JFM-02-0570 |
| **JOSE SLAUGHTER** | * | |

\* \* \* \* \*

### REPLY TO GOVERNMENT'S RESPONSE TO MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. §3582(C)

In its response, the Government does not oppose the retroactive application of the revised "crack" guideline pursuant to 18 U.S.C. §3582(c). According to the amended calculations submitted by U.S. Probation, the Court could reduce Mr. Slaughter's sentence from 108 months to 84 months. The government does not oppose a reduction from 108 months to 90 months.

As to the government's position that the Court should sentence at the same relative point within the range at which Mr. Slaughter was previously sentenced, nothing in USSG §1B1.10 provides such a limit on the Court's ability to reduce the sentence. Even if the Court were to strictly follow §1B1.10, that provision merely directs that the Court not sentence to a range lower than the amended guideline or if the original sentence was lower than the applicable guideline range, to a comparably lesser sentence.

Section 1B1.10 expressly states: "if the original term of imprisonment imposed was within the guideline range applicable to the defendant at the time of sentencing, the court shall not reduce the defendant's term of imprisonment to a term that is less than the minimum term of imprisonment provided by the amended guideline range determined under subsection (b)(1)." Hence, not even the

Commission contemplated that the Court should sentence within the same relative point of the range.

Mr. Slaughter is an excellent candidate for sentencing at the low end of the guidelines. As noted in counsel's prior pleadings, he has an excellent institutional record and a good work performance rating. Additionally, Mr. Slaughter has been diagnosed with breast cancer while incarcerated. Doctors performed a modified radical mastectomy and Mr. Slaughter is on hormone therapy that removes hormones or blocks their action and stops cancer cells from growing. This change of circumstances further warrants a sentence at the low end of the new guideline range.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
    for the District of Maryland

FRANKLIN W. DRAPER (#26316)
Assistant Federal Public Defender
100 South Charles Street
Tower II, Suite 1100
Baltimore, Maryland 21201
(410) 962-3962
Fax: (410) 962-0832
frank_draper@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2008, a copy of the foregoing Reply to Government's Response to Motion for Reduction of Sentence under 18 U.S.C. §3582(C), was delivered, via interoffice mail to: Barbara S. Sale, Assistant United States Attorney, Chief, Criminal Division, United States Attorney's Office for the District of Maryland, 36 South Charles Street, Fourth Floor, Baltimore, Maryland, 21201, and Estelle Santana, Deputy Chief United States Probation Officer, United States Probation and Pretrial Services, 250 W. Pratt Street, Suite 400, Baltimore, MD 21201.

Franklin W. Draper
Assistant Federal Public Defender