AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | |
| v. | |
| JOSE SLAUGHTER | ) Case No: JFM-02-0570 |
| | ) USM No: 40621-037 |
| Date of Previous Judgment: April 16, 2004 | ) Frank Draper |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction
## Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   x   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  108  months is reduced to  84.

### I. COURT DETERMINATION OF GUIDELINE RANGE   (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 26 | Amended Offense Level: | 24 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
x  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  April 16, 2004  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  June 11, 2008

Effective:  June 11, 2008
(if different from order date)

J. Frederick Motz, United States District Judge
Printed name and title