IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                          Criminal No. JFM-02-0570

JOSE SLAUGHTER

\*\*\*\*\*

ORDER

Upon consideration of defendant's motion for reduction of sentence and the memoranda submitted in connection therewith, it is, this 11th day of June 2008

ORDERED that defendant's motion be granted and that defendant's sentence be modified to reduce the period of incarceration from 108 months to 84 months. Other conditions of the sentence originally imposed are to remain in force and effect.

An amended judgment and commitment order is being entered herewith.

_____
J. Frederick Motz
United States District Judge